United States District Court

Eastern District of California

Steven Borden,

      Plaintiff,                  No. Civ. S 02-1184 LKK PAN P

  vs.                            Order

High Desert State Prison, et al.,

      Defendants.

-oOo-

    January 3, 2005, plaintiff filed a motion in limine.  The motion is denied without prejudice to renewal after the court has made its final pretrial order.

    So ordered.

    Dated:  May 26, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge