UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE BORDEN,

         Plaintiff,

   v.

A. MARTIN, et al.,

         Defendants.
_____/

NO. CIV. S-02-1184 LKK/PAN P

O R D E R

Defendant has moved for reconsideration of the magistrate judge's order of January 6, 2005, granting in part plaintiff's motion to compel.

Fed. R. Civ. P. 72(a) provides that non-dispositive pretrial matters may be decided by a magistrate judge, subject to reconsideration by the district judge. See also Local Rule 72-303(c). The district judge shall, upon reconsideration, modify or set aside any part of the magistrate judge's order which is "found to be clearly erroneous or contrary to law." Id. See also 28 U.S.C. § 636(b)(1)(A).

1

1 Discovery motions are non-dispositive pretrial motions
2 within the scope of Rule 72(a) and 28 U.S.C. § 636(b)(1)(A), and
3 thus subject to the "clearly erroneous or contrary to law"
4 standard of review. Brown v. Wesley's Quaker Maid, Inc., 771
5 F.2d 952, 954 (6th Cir. 1985). "A finding is 'clearly
6 erroneous' when although there is evidence to support it, the
7 reviewing court on the entire evidence is left with the definite
8 and firm conviction that a mistake has been committed." United
9 States v. United States Gypsum Co., 333 U.S. 364, 395 (1948).
10 The magistrate judge's order was premised, inter alia, upon
11 his conclusion that it was implausible that defendant was
12 unaware of plaintiff's request for admissions. It is true that
13 the magistrate judge erred in stating that the defendant sought
14 and received an order extending time to respond. The error is
15 irrelevant. The defendant asserts that he did not respond to
16 the May 7, motion "because it was premature and it lacked
17 merit." The necessary implication is that the defendant read
18 the May 7 motion to compel and thus must have known of the
19 request for admissions.
20 The defendant's motion to reconsider is DENIED.
21 IT IS SO ORDERED.
22 DATED: June 1, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2