1

2

3

4

5

6

7

8                          United States District Court

9                          Eastern District of California

10

11

12 Steven Borden,

13                 Plaintiff,          No. Civ. S 02-1184 LKK PAN P

14     vs.                            Writ of Habeas Corpus
                                      Ad Testificandum
15 A. Martin, et al.,

16                 Defendants.

17                                 -oOo-

18     To the Warden, Pleasant Valley State Prison, 24863 West Jayne

19 Avenue, P. O. Box 8500, Coalinga, California, 93210:

20     The appearance of plaintiff Steven Borden, #C-91301, being

21 required for trial confirmation hearing in the above-entitled

22 action, you are hereby directed to produce the person of Steven

23 Borden, #C-91301, by video-conference before the Honorable Lawrence

24 Karlton February 27, 2006, at 11:15 a.m. in courtroom number 4,

25 United States Courthouse, 501 I Street, Sacramento, California.

26     The Clerk of the Court shall affix the seal of the court hereto

27 and serve copies of this writ upon the Warden of Pleasant Valley

28 State Prison, 24863 West Jayne Avenue, P. O. Box 8500, Coalinga,

1  California, 93210, and all parties to this action.

2      So ordered.

3      Dated:  January 24, 2006.

4                              /s/ Peter A. Nowinski
5                              PETER A. NOWINSKI
                               Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28