UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN BORDEN,

         Plaintiff,

   v.

HIGH DESERT STATE PRISON, et al.,

         Defendants.
_____/

NO. CIV. S-02-1184 LKK/PAN P

<u>AMENDED ORDER</u>

    On February 27, 2006 the court held a trial confirmation hearing in the above-captioned case. Plaintiff appeared via videoconference. MICHAEL LEE appeared as counsel for defendants.

    At the hearing the court ORDERED that:

    1. Trial is confirmed for May 31, <u>2006</u> at 10:30 a.m. in Courtroom No. 4; and

////

////

////

////

1

2.  Defendant Martin's request to modify the pretrial order to include exhibits consisting of plaintiff's medical and administrative segregation records is GRANTED.

IT IS SO ORDERED.

DATED: February 28, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT