IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN BORDEN,

    Plaintiff,               No. CIV S-02-1184 LKK PAN P

    vs.

A. MARTIN, et al.,

    Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff timely filed a request to modify the November 30, 2005, tentative pretrial order.  Defendant filed no opposition.

        On January 6, 2005, the court found defendant failed to make a proper answer or objection to plaintiff's request for admissions and ordered plaintiff's requests be deemed admitted.  Plaintiff requests the court to include the matters deemed admitted as discovery materials he be permitted to rely upon at trial.

        Good cause appearing,  IT IS HEREBY ORDERED THAT:

        1. Plaintiff's December 14, 2005, request is granted.

        2. The question of the admissibility of requests for admission is a matter for the trial judge.

3.  Within thirty days from the date of this order, plaintiff shall file and serve a list of the matters he contends are deemed admitted.

Dated: March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\bord1184.modif pto