IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN BORDEN,

        Plaintiff,                No. CIV S-02-1184 LKK PAN P

    vs.

MARTIN,

        Defendant.          ORDER

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983. On April 7, 2006, plaintiff filed a request for an order directing the United States Marshal to serve subpoenas on witnesses plaintiff intends to call at trial, which is set for May 31, 2006. An order filed February 12, 2004, directed plaintiff to submit with such a request a money order payable to each witness for a witness fee of $40.00 plus the witness' travel expenses.

        Petitioner did not submit money orders for the witnesses and the in forma pauperis statute does not authorize the court to waive these costs. See 28 U.S.C. 1915.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has 15 days from the date of this order to submit $40 money orders payable to each witness whose presence he seeks to compel by subpoena.

DATED: April 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004\bord1184.ord to pay