1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN BORDEN,
                                    NO. CIV. S-02-1184 LKK/PAN (JFM)
12           Plaintiff,

13       v.                                O R D E R

14   A. MARTIN, et al.,

15           Defendants.
     _____/
16

17       Pursuant to stipulation of the parties, and good cause

18   appearing therefore, the court hereby ORDERS that:

19       1.  Trial currently set to commence on May 31, 2006 is

20   VACATED;

21       2.  The writ of habeas corpus ad testificandum issued to

22   provide for plaintiff's attendance at trial is VACATED;

23       3.  The Clerk is directed to SERVE a copy of this order on the

24   Out-To-Court Desk, California State Prison - Sacramento, P.O. Box

25   290066, Represa, California 95671 and FAX a copy to the Warden,

26   Pleasant Valley State Prison; and

                                  1

1        4.   A Settlement Conference is now SET before the Honorable

2   Dale A. Drozd on June 29, 2006 at 10:00 a.m. in Courtroom No. 27.

3        IT IS SO ORDERED.

4        DATED:   May 22, 2006.

5
                                    /s/Lawrence K. Karlton
6                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
7                                   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26